No. 05–5627. TAYLOR *v.* CARROLL, WARDEN, ET AL., *ante,* p. 912;

No. 05–5901. RICCARDI *v.* UNITED STATES, *ante,* p. 919;

No. 05–5931. MARTIN *v.* VIRGINIA, *ante,* p. 948;

No. 05–5991. TURCUS *v.* AUTO CLUB GROUP INSURANCE CO. ET AL., *ante,* p. 982; and

No. 05–6028. MARTIN *v.* MACFARLAND, ADMINISTRATOR, SOUTH WOODS STATE PRISON, ET AL., *ante,* p. 948. Petitions for rehearing denied.

No. 05–5591. MURRAY *v.* FLEET MORTGAGE GROUP ET AL., *ante,* p. 958. Petition for rehearing denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 05–5337. PERKINSON *v.* GEORGIA, *ante,* p. 896. Motion for leave to file petition for rehearing denied.

DECEMBER 14, 2005

No. 05–7952 (05A516). NIXON *v.* MISSISSIPPI. Sup. Ct. Miss. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 05–5681 (05A498). NIXON *v.* EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, *ante,* p. 1016. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for rehearing denied.

DECEMBER 15, 2005

No. 05–204. LEAGUE OF UNITED LATIN AMERICAN CITIZENS ET AL. *v.* PERRY, GOVERNOR OF TEXAS, ET AL.;

No. 05–254. TRAVIS COUNTY, TEXAS, ET AL. *v.* PERRY, GOVERNOR OF TEXAS, ET AL.;

No. 05–276. JACKSON ET AL. *v.* PERRY, GOVERNOR OF TEXAS, ET AL.; and

No. 05–439. GI FORUM OF TEXAS ET AL. *v.* PERRY, GOVERNOR OF TEXAS, ET AL. Appeals from D. C. E. D. Tex. [Probable